IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOAN NGUYEN                          :
926 S. Street, N.W.
Washington, DC 20001                 :

     Plaintiff                    :       Case No.  1:06CV00093
                                   Judge:  James Robertson
v.                                   :       Deck Type: Personal Injury

SAMSON SELASSIE                      :
8385 16th Street, Apt #E0004
Silver Spring, MD 20910              :

     Defendant                    :

## ANSWER TO COMPLAINT

COMES NOW the Defendant, Samson Gselassie, (named as Samson Selassie) by and through his attorneys, McCarthy Wilson LLP, and Charles E. Wilson III, and for his Answer to the Plaintiff's Complaint states:

### FIRST DEFENSE

That the Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

That the Plaintiff was contributorily negligent, which bars the relief sought;

### THIRD DEFENSE

That the Plaintiff assumed the risk of injury, which bars the relief sought;

## FOURTH DEFENSE

That the Plaintiff failed to mitigate damages, which bars all or part of the relief sought;

## FIFTH DEFENSE

That the Defendant denies the causal relationship of the Plaintiff's alleged injuries to this occurrence;

## SIXTH DEFENSE

That the Defendant generally denies all liability and damages to the Plaintiff;

## SEVENTH DEFENSE

Answering specifically the numbered paragraphs of the Plaintiff's Complaint, the Defendant states as follows:

1.    Upon information and belief, the Defendant admits the allegations contained in Paragraphs 1, 2, 8, 9, 10, 11, and 20.

2.    Upon information and belief, the Defendant denies the allegations contained in Paragraphs 6, 7, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28, 29 and 30.

3.    Upon information and belief, the Defendant is not required to admit or deny paragraphs 3, 4, 5, and 21.

WHEREFORE, the Complaint having been fully answered, the Defendant respectfully requests that it be dismissed with prejudice.

2

Respectfully submitted,

McCARTHY WILSON LLP


_____
Charles E. Wilson, III, #432130
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
Attorneys for Defendant


## JURY DEMAND

The defendant, Samson Gselassie, (named as Samson Selassie), by and through

his attorneys, McCarthy Wilson LLP, and Charles E. Wilson III, hereby demands a trial

by jury on all issues herein.


_____
Charles E. Wilson, III, #432130

## CERTIFICATE OF SERVICE

I HEREBY certify on this _____ day of February, 2006, a copy of the
foregoing Defendant's Answer to Plaintiff's Complaint was sent e-mail via electronic
filing and first-class postage prepaid mail to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue NW, 9th floor
Washington, DC 20036
Counsel for Plaintiff


_____
Charles E. Wilson, III, #432130