UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DOAN NGUYEN                              )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )   Case No.1:06cv00093 (JR)
                                         )
SAMSON SELASSIE                          )
                                         )
        Defendant.                       )
_____)

**REPORT PURSUANT TO LOCAL RULE 16.3(d) and
PROPOSED SCHEDULING ORDER**

Pursuant to LCvR 16.3, the parties, by undersigned counsel, hereby submit the following Report and proposed Scheduling Order in the captioned matter.

1. CASE TRACKING: The parties request that this matter be assigned the schedule set forth in the attached proposed Scheduling Order. Plaintiff asserts that this is a fairly straightforward garden variety automobile tort case. Defendant has filed an Answer in this case. The parties do not expect that this case is capable of resolution by summary judgment.

2. DATE TO AMEND PLEADINGS/JOIN PARTIES: The parties do not anticipate any amendments to the pleadings or the joining of any new parties.

3. MAGISTRATE/JUDGE: The parties jointly agree that a magistrate may be assigned to hear and resolve all discovery-related matters. The parties do jointly request that all non-discovery matters remain assigned to a judge, specifically including trial.

4. SETTLEMENT: The parties submit there may be a realistic possibility of settling this matter; however, it is premature at this time to do so. Discovery must be substantially underway and/or completed prior to any substantive settlement evaluation.

5. ALTERNATIVE DISPUTE RESOLUTION: Alternative Dispute Resolution, including mediation, may be appropriate following discovery in this matter. The parties have requested ADR, if appropriate, by July 14, 2006, which is approximately 30 days after the date of close of all discovery.

6. SUMMARY JUDGMENT: The parties do not anticipate this matter being fully resolved by summary judgment. The parties have requested that summary judgment motions be filed by July 14, 2006, which is approximately 30 days after the date of close of all discovery.

7. INITIAL DISCLOSURES: The parties agree that Fed.R.Civ.P. 26(a)(1) initial disclosures shall be made on or before March 14, 2006.

8 and 9. DISCOVERY and EXPERTS: The parties agree that all Post-Rule 26(a) Discovery Requests shall be served by March 29, 2006; that all fact discovery shall be completed by June 14, 2006; that Plaintiff shall file her Rule 26(a)(2) Statements and expert reports by April 18, 2006; that Defendant shall file his Rule 26(a)(2) Statements and expert reports by May 16, 2006; and that all expert depositions, and all discovery, be completed by June 14, 2006. The parties agree that each party shall be permitted to take 5 depositions and that each party shall be permitted to propound forty (40) Interrogatories.

10. CLASS ACTIONS: Not applicable.

11. BIFURCATION: The parties do not believe this case is appropriate for bifurcation.

12. PRETRIAL CONFERENCE: The parties request a Pretrial Conference be scheduled approximately 45 days after the close of all discovery, or on or about July 31, 2006.

13. TRIAL: Trial may be scheduled at the Court's convenience at the Pretrial Conference; however, the parties request that trial be scheduled within thirty (30) to sixty (60) days from the date of the Pretrial Conference.

14. SCHEDULING ORDER: A proposed Scheduling Order is attached hereto.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Peter C. Grenier (D.C. Bar No. 418570) | Charles E. Wilson, III (D.C. Bar No. 432130) |
| Bode & Grenier, L.L.P. | McCarthy Wilson LLP |
| 1150 Connecticut Avenue, N.W. | 100 South Washington Street |
| Ninth Floor | Rockville, Maryland 20850 |
| Washington, D.C. 20036 | (301) 762-7770 |
| (202) 828-4100 | (301) 762-0374 |
| (202) 828-4130 (fax) | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |