UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOAN NGUYEN )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>SAMSON SELASSIE )<br>)<br>      Defendant. )<br>) | Case No.1:06cv00093 (JR) |

## SCHEDULING ORDER

Upon consideration of the pleadings in this matter to date, and following the initial Scheduling Conference on February 28, 2006, it is, by the Court, this 28th day of February, 2006, hereby ORDERED:

1. The parties shall make their Fed.R.Civ.P. 26(a)(1) initial disclosures on or before **March 14, 2006**.

2. The parties shall serve all post-Rule 26(a) Discovery Requests by **March 29, 2006**.

3. All fact discovery shall be completed by **June 14, 2006**. Each party shall be permitted to take ten (10) depositions and serve forty (40) Interrogatories on the other party.

4. Plaintiff shall file her Rule 26(a)(2) Statements and expert reports by **April 18, 2006**.

5. Defendant shall file his Rule 26(a)(2) Statements and expert reports by **May 16, 2006**.

6. All expert depositions shall be completed by **June 14, 2006**.

7. The parties shall participate in alternative dispute resolution, if appropriate, by **July 14, 2006**.

8. All dispositive motions shall be filed by **July 14, 2006**.

9. The Pretrial Conference shall be scheduled approximately 45 days after the June 14, 2006 close of discovery.

10. All matters and disputes involving discovery shall _____ [Court to fill in].

_____
Judge, U.S. District Court for the District of Columbia

Copies to:

Peter C. Grenier, Esquire
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
*Counsel for Plaintiff*

Charles E. Wilson, III, Esquire
McCarthy & Wilson LLP
100 South Washington Street
Rockville, Maryland 20850
*Counsel for Defendant*