IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOAN NGUYEN                      :

    Plaintiff                :   Case No.  1:06CV00093
                                                  Judge:  James Robertson
v.                                :   Deck Type: Personal Injury

SAMSON SELASSIE                  :

    Defendant                :

## DEFENDANT'S INITIAL DISCLOSURE

Pursuant to Fed. R. Civil. 26(a)(1), Defendant Samson Gselassie, (named as Samson Selassie) by undersigned counsel provides this Initial Disclosure and states:

(a)  Witnesses or persons with discoverable information:

Doan Nguyen
926 S Street, N.W.
Washington, DC 20001

Samson Gselassie
8385 16th Street, Apt. No  4
Silver Spring, MD 20910

Julie Cannistra
7502 Maple Avenue
Chevy Chase, MD 20805

(b)  Documents:

1.  None other than medical records.

       Respectfully submitted,

       McCARTHY WILSON LLP


       _____/s/_____
       Charles E. Wilson, III, #432130
       100 South Washington Street
       Rockville, Maryland 20850
       (301) 762-7770
       Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

 I HEREBY certify on this __20th__ day of March, 2006, a copy of the foregoing Defendant's Initial Disclosure was sent e-mail via electronic filing and first-class postage prepaid mail to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue NW, 9th floor
Washington, DC 20036
Counsel for Plaintiff


       _____s/_____
       Charles E. Wilson, III, #432130