UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DOAN NGUYEN,                      :
                                  :
       Plaintiff,                 :
                                  :
   v.                             :  Civil Action No. 06-0093 (JR)
                                  :
SAMSON SELASSIE,                  :
                                  :
       Defendant.                 :
```

### SCHEDULING ORDER

Following an initial scheduling conference held in chambers February 28, 2006, it is

**ORDERED** that the Rule 16.3 report and proposed scheduling order submitted by the parties is approved and the deadlines set forth therein **SO ORDERED**.  The pretrial conference contemplated by the parties is set for **July 26, 2006 at 4:30 p.m.**  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented

extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order.**

                                    JAMES ROBERTSON
                              United States District Judge