UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOAN NGUYEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSON SELASSIE )<br>)<br>Defendant. )<br>) | Civil Action No. 06CV00093 (JR) |

## PLAINTIFF'S RULE 26(a)(2)(B) DISCLOSURES

Plaintiff Doan Nguyen, through undersigned counsel, and pursuant to Rule 26(a)(2)(B) and this Court's Scheduling Order, hereby discloses the identity of persons who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

1.     **David S. Bronat, D.C.**  Dr. Bronat, Plaintiff's board-certified chiropractor, is expected to give testimony regarding, *inter alia*, damages suffered by Ms. Nguyen as a result of the incident giving rise to this litigation, including, without limitation, the cause and extent of Ms. Nguyen's cervical, thoracic and pelvic injuries, the necessity of chiropractic care she has received and will need to receive in the future for such injuries, and the amount of and reasonableness of the costs related thereto.  Dr. Bronat's report is attached hereto and incorporated herein per the requirements of Rule 26(a)(2)(B), along with a copy of his *curriculum vitae*, fee schedule, and a list of all other cases where he has testified as an expert at trial or deposition within the preceding four years.

2. **Peter G. Bernad, M.D., M.P.H., F.A.C.P.,** Dr. Bernard, Plaintiff's board-certified treating neurologist, is expected to provide expert testimony concerning, *inter alia*, damages suffered by Ms. Nguyen as a result of the incident giving rise to this litigation, including, without limitation, the cause, extent, and permanency of Ms. Nguyen's head and neurological injuries, as well as Ms. Nguyen's future treatment needs, the necessity of Ms. Nguyen's past neurological treatment, and the amount of and reasonableness of the costs related thereto. Dr. Bernad's report is attached hereto and incorporated herein per the requirements of Rule 26(a)(2)(B), along with a copy of his *curriculum vitae*, fee schedule, and a list of all other cases where he has testified as an expert at trial or deposition within the preceding four years.

3. **Other persons from whom testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence or qualified opinion testimony may be offered by plaintiff at trial.** Plaintiff also reserves the right to offer qualified opinion testimony from individuals who provided medical services to Ms. Nguyen but have not been retained by Plaintiff to provide expert testimony in this case. These individuals were identified in Plaintiff's Initial Disclosures as well as in the medical records produced by Plaintiff to Defendant.

Plaintiff also reserves the right to offer qualified opinion testimony from persons who have direct knowledge of Ms. Nguyen, the injuries she suffered (and from which she continues to suffer), her medical treatment, and/or the events and circumstances surrounding the incident giving rise to this litigation. Plaintiff reserves such right to the extent such persons have reached reasonable conclusions and opinions from the facts and circumstances directly observed or learned by them. While discovery in this case is not yet complete, such persons, including, *inter alia*, Ms. Nguyen's supervisor, are presently identified in Plaintiff's Initial Disclosures as having such knowledge of Ms. Nguyen, her pre-incident and post-incident abilities and activities, and

her injuries. Finally, Plaintiff reserves the right to elicit expert testimony from any of Defendant's expert witnesses, to the extent not otherwise objectionable.

        Respectfully submitted,

        DOAN NGUYEN

    By:  */s/ Peter C. Grenier*
       Peter C. Grenier (D.C. Bar No. 418570)
       Bode & Grenier, L.L.P.
       1150 Connecticut Avenue, N.W.
       Ninth Floor
       Washington, D.C. 20036
       (202) 828-4100
       (202) 828-4130 (fax)
       *Counsel for Plaintiff*

Dated: June 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2006, I served a true and accurate copy of PLAINTIFF'S RULE 26(a)(2)(B) DISCLOSURES, by U.S. Mail, postage-prepaid upon:

>Charles E. Wilson, III, Esquire D.C. Bar #432130
>McCarthy Wilson, LLP
>100 South Washington Street
>Rockville, Maryland 20850
>(301) 762-7770
>*Counsel for Defendant*

>_____*/s/ Peter C. Grenier*_____
>Peter C. Grenier