**DAVID BRONAT, DC**
2000 L STREET, NW
WASHINGTON, DC 20036

---

May 16, 2006

Mr. Jeremy Tishler
Bode & Grenier, LLP
Attorneys and Counselors
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, NW
Washington, DC 20036-4129

        RE: Doan Nguyen

Dear Mr. Tishler:

The following is the report you requested on my patient, Doan Nguyen.

On February 7, 2005, Ms. Nguyen reported that she had been involved in an accident on February 1, 2005. She stated that she was riding her bicycle to work when she was struck by a motor vehicle. She claims that the impact caused her to be first thrown against the vehicle and then she subsequently fell to the pavement hitting the left side of her head, left elbow, and torqueing her mid to lower left spine. She stated that she was taken to the emergency room (ER) for evaluation, a CAT scan and x-rays.

At the time of my examination of the patient, Ms. Nguyen stated that the accident exacerbated a left cervical spine pain and right lower back pain condition that she was being treated for at this office prior to February 1, 2005. In addition, she stated that the accident led to dull and sharp left mid to lower thoracic spine pain that was, according to the patient, a 6 on the pain scale. As a matter of note, Ms. Nguyen did not report left mid to lower thoracic pain prior to February 1, 2005.

---

TEL: (202) 296-1601        FAX: (202) 296-1633

Mr. Jeremy Tishler
May 16, 2006
Page 2

My examination of February 7, 2005 revealed trigger points in the left Rhomboid Major muscle and Intercostalis musculature. On February 10, 2005, when the patient continued to report left mid to lower thoracic pain and palpable tenderness in the Intercostalis region, I gave her a prescription for thoracic spine x-rays to rule out a fracture. As a matter of note, the patient stated thoracic spine x-rays were not taken at the ER.

As treatment progressed, Ms. Nguyen reported episodes of sharp head pain. This according to the patient were not present prior to the February 1, 2005 accident. She stated she was consulting a neurologist for these symptoms. Eventually the neurologist would diagnose post traumatic migraines.

In time Ms. Nguyen's spinal pain and head pain would decrease in intensity and frequency. However, she continued to have exacerbations of thoracic spine pain and concurrent left shoulder blade pain (with the most recent episode in April 2006).

With the most recent clinical pictures in mind there is no reason to expect any major change in Doan Nguyen's clinical picture in the near future. I have advised her to continue her home exercise program. Due to the fact that injuries of this nature are characterized by episodes of remission and exacerbation of symptoms, I have also advised her to return to this office for supportive care. Her prognosis must be considered guarded.

If you have any questions, please contact me at 202-296-1601.

Sincerely,

Dr. David Bronat

# DAVID S. BRONAT, DC

2000 L Street, NW  
Washington, DC 20036

202-296-1601

## PROFESSIONAL EXPERIENCE

**Karmich Chiropractic of NJ, LLC**, NJ, DC, and VA      May 2002—present
> Supervise and manage all Karmich Chiropractic satellite offices located in the DC and VA metropolitan area. Identify and remedy issues with the other chiropractors. Act as liaison between Karmich Corporate and Karmich DC/VA offices. Work with the Managing Partners to establish the company policies and future direction of Karmich Corporation.

**Karmich Chiropractic**, Washington, D.C.      December 2001—present
> Perform all duties related to the operation of a satellite chiropractic practice, including all issues related to patient management. Train and supervise office staff.

**Bronat Chiropractic Center**, Montvale, NJ,      August 1981—November 1996
> Performed all duties related to the operation of a solo chiropractic practice. Hired and trained all staff. Personally conducted the marketing, management, and financial matters of the practice.

## EDUCATION

Bachelor of Science (Phi Beta Kappa) Biological Sciences, Colorado State University, May 1976.

Doctor of Chiropractic (Magna cum Laude), Sherman College of Straight Chiropractic, September, 1980.

## PROFESSIONAL LICENSES

Chiropractic with Ancillary Procedures, 2001, Washington, DC, #CH30017  
Chiropractic with Modalities, 2000, Arizona, #7081  
Chiropractic, 2000, New Mexico, retirement status  
Chiropractic, 2000, Massachusetts, #2514  
Chiropractic with Physiotherapeutic Modalities, 1999, South Carolina, #2368  
Chiropractic, 1981, New Jersey, retirement status

## PROFESSIONAL AFFILIATIONS

Washington, D.C. Board of Chiropractic Examiners      February 2005- present
> Member, Board of Examiners

# DAVID BRONAT, DC
2000 L STREET, NW
WASHINGTON, DC 20036

May 16, 2006

Mr. Jeremy Tishler
Bode & Grenier, LLP
Attorneys and Counselors
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, NW
Washington, DC 20036-4129

RE: Doan Nguyen

## Addendum

During the past four years, I have not been called upon to be an expert witness in any legal cases.

Sincerely,

Dr. David Bronat

TEL: (202) 296-1601     FAX: (202) 296-1633

**DAVID BRONAT, DC**
2000 L STREET, NW
WASHINGTON, DC 20036

---

May 16, 2006

Mr. Jeremy Tishler
Bode & Grenier, LLP
Attorneys and Counselors
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, NW
Washington, DC 20036-4129

   RE: Doan Nguyen

Dear Mr. Tishler:

My fee for courtroom testimony is $3,000.00. My Narrative Report Fee is $100.00.

Sincerely,

*[signature]*

Dr. David Bronat

---

TEL: (202) 296-1601   FAX: (202) 296-1633