

P.G. Bernad, MD, MPH, FACP
*Medical Director*

Aysegul C. Soyer, MD

Brenda R. Peterman, CFNP

## COMPREHENSIVE NEUROLOGIC EVALUATION

| | |
|---|---|
| **PATIENT NAME:** | NGUYEN, DOAN |
| **NSI #:** | 51463 |
| **DATE OF SERVICE:** | 05/26/2006 |
| **DATE OF INCIDENT:** | 02/01/2005 |
| **DATE OF BIRTH:** | 11/24/1981 |

**HISTORY:** The patient was seen by me for the first time on March 24, 2005. At that time, I obtained history in the Washington Office that she was a 23-year-old, right-handed female who was injured in an accident on February 01, 2005. She described the accident as occurring while she was riding her bicycle. She recalls being hit from the side by a car and being catapulted into the air landing on her head on the left side of the skull. She indicated to me that she did not think that she had lost consciousness, but she was certainly dazed. There is a period amnesia and she found herself sitting on the sidewalk and did not quite know what happened to her and was confused. She recognized that she had been hit by a car. She had a number of symptoms, but the most specific symptom was pain in the scalp on the left side. She indicated to me that she had been seeing a chiropractor Dr. David Bronat. Specifically, he was seeing her for her back pain and not for head injury. Dr. Bronat suggested that she may have had a skull fracture or some other problem with her skull. The etiology of the patient's symptoms at that time was unclear. She described the pain level as being 4/10 over the left scalp area. The pain would come and go. She described it as a shooting pain lasting a few seconds to perhaps involving a longer period of time to few minutes. It was occurring everyday. There was no change in the pattern of the pain since the accident on February 01, 2005 whereas I was seeing her for the first time on March 24, 2005.

Apparently, after the initial trauma the patient was taken by ambulance to George Washington University Hospital. She was seen there and examined. The hospital emergency room records are not yet available. A CT scan of the head was done to rule out a hemorrhage and apparently was negative. The patient had her internist Elliot Aleskow, M.D. who recommended that she see me.

As far as I can tell the patient developed a bump on her scalp, which was quite large like a baseball, and there was a scar that she experienced over the scalp over the same area. Bleeding was not noted and the scalp was not broken and there was no laceration on the scalp. She also noticed that her hair would fall out from that particular spot. This was a localized focal area on the left side of the scalp. She was concerned that she was developing a "bald spot".

SHERWOOD HALL MEDICAL CENTER
2616 Sherwood Hall Lane
Suite 201
Alexandria, Virginia 22306 - 3154
(703) 360-6200
FAX: (703) 360-3178

THE POTOMAC CENTER
2296 Opitz Boulevard
Suite 360
Woodbridge, Virginia 22191 - 3346
(703) 878-0600
FAX: (703) 878-3747

WINCHESTER MEDICAL CENTER
1824 Plaza Drive
Winchester, Virginia 22601 - 6365
(800) 649-9513
FAX: (540) 667-4741

FAIRFAX MEDICAL CENTER
2525 Old Lee Highway
Suite 330
Fairfax, Virginia 22031 - 4323
(703) 205-0245
FAX: (703) 205-0249

METROPOLITAN MEDICAL CENTER
2112 F Street NW
Suite 303
Washington, DC 20037 - 2754
(202) 728-0099
FAX: (202) 638-7869

**PATIENT NAME:**      NGUYEN, DOAN
Page 2 of 4

**GENERAL REVIEW OF SYSTEMS:**  The patient also described dizziness and unsteadiness. There was a question of postural vertigo. She felt like she was going to pass out. She took no specific medications for this. She also had headaches. She has localized over the left side. She had no vomiting, no nausea, and no history of migraine. In the past, she had taken Antivert for dizziness. Sometimes when she would get up she felt like she was going to faint and was generally unsteady.

**PAST HEAD INJURIES:**  She had one other head injury, which was a motor vehicle accident in 1999. She was the driver of the car. She had an accident. She was diagnosed having a concussion. She had a CT scan at that time as well. She had loss of balance and vertigo, but no loss of consciousness from that accident. The loss of balance occasionally recurred, but she denied any other problems. She went to see an ear, nose, and throat doctor at that time.

Currently, she had no loss of smell or taste, no focal weakness, or paralysis. Her periods are regular. She was on birth control pills, Ortho Patch. She wore contact lenses.

There was no history of heart disease or lung disease. No GI problems, no urinary problems and no rectal incontinence. The patient had eczema, which was made worse with the accident that is the accident of February 1, 2005. She developed blotchy erythematous lesions over the skin and over her back and her arms, but none on the palms and none on the soles of her feet.

**FAMILY HISTORY:** Mother 53, father 57. She has a sister age 29 who is in Los Angeles. The patient works in conservation. Rides bicycle to work on a regular basis. The patient graduated from St. Mary's College in Maryland in 2003.

The patient is a nonsmoker and drinks alcohol occasionally. No history of drug use.

**PHYSICAL EXAMINATION:**
**General:** The patient was found to be very pleasant.
**Vital Signs:** Height 5 feet 5 inches, weight 155 pounds, blood pressure was 118/78.
**Chest:** Clear to auscultation. There were no rales, no wheezing, no rhonchi.
**Heart:** Point of maximal impulse in the 5th intercostal space, midclavicular line was normal. S1, S2 is normal. There was no heart murmur. No carotid bruits were heard.

Motor examination was symmetric in the upper and lower extremities. There was no weakness, no paralysis. Fingers were normal and there was no clubbing. Peripheral pulses were normal. There was no swelling of the ankles. The patient had a large blotchy lesion over the neck area and the back of the arms. She also had this blotchy area over the legs. Thyroid was enlarged, multiple palpable lesions were identified on the thyroid on the left and the right side by palpation.

**PATIENT NAME:**        NGUYEN, DOAN
Page 3 of 4

**NEUROLOGICAL EXAMINATION:**  Higher cortical functioning was noted to be normal.  She was fully oriented with normal memory, normal speech, no aphasia, or dysarthria.  Eye movements were full.  There was no nystagmus vertically horizontally.  Funduscopic exam revealed no papilledema.  She was wearing contact lenses.  Her tongue was midline.  Motor and sensory exam otherwise was unremarkable.  Reflex is 1+.  Frontal lobe assessment was unremarkable.  Parietal lobe testing was normal.  There was no drift of outstretched arms.  There was no tremor.  There was no increased tone.  There was no cogwheel rigidity.  Coordination was normal.  There was no truncal or appendicular ataxia.  Romberg was negative.  She was able to walk independently.  Station and spans were normal.  Tandem gait was normal.

1. On the first evaluation, I did not have any of the diagnostic studies or any records.  I diagnosed a closed head injury on 02/01/05.  The patient by history appears to have some amnesia immediately after the accident, but apparently had remembered many other details by the time I saw her.  There was no apparent memory loss.
2. There was a history of previous concussion in 1999.
3. Pain involving the left side of the scalp, appeared to be localized focal scalp lesion producing pain.
4. Eczema which was worsened by the trauma and worsened by anxiety overall.

**PLAN:**  The patient was referred for some diagnostic studies.  The diagnostic studies that were done included an evaluation of the autonomic nervous system, which demonstrated an acute autonomic nervous system dysfunction; specifically there was evidence of orthostasis.  The blood pressure at baseline was 132/83, but when the patient stood up it went down to 125/86.  Her heart rate went from 88 to 99.  The initial baseline studies were normal.  However, deep breathing results were normal as well.  Valsalva were normal.  On standing there was a lower sympathetic response than expected which went along with the subjective sense of possible orthostasis.  I diagnosed a mild acute autonomic nervous system dysfunction most likely related to the motor vehicle accident and the overall situation.

The patient had an electroencephalogram done which demonstrated no specific abnormality.  No definite epileptiform activity was seen.  The background was noted to be symmetrical and normal.  However, 24-hour EEG was thought to be helpful if the patient continued to have symptoms and it was noted that the patient did have symptoms.  So a 24-hour EEG was done and the 24-hour EEG was helpful in that it did not demonstrate epileptiform discharge, but it was noted that the patient had numerous symptoms during the study.  The patient described a total of 23 episodes of different type of symptoms including headaches, vertiginous symptoms and faintness.  The patient pressed the event button during all these events, but no significant EEG correlates were noted.  At times, muscle movement artifacts were noted with her symptoms.  No subclinical or electroencephalographic seizure activity was noted.

Because of the dizziness and symptoms the patient also underwent brainstem auditory evoked potential which upon evaluation and assessment I have considered to be normal.

**PATIENT NAME:**          NGUYEN, DOAN
Page 4 of 4

After the first visit the patient was seen again in May, June and finally in July. The patient underwent some radiologic studies and the radiologic studies indicated a remarkable finding. The magnetic resonance imaging from 06/30/05 indicated multiple focal white matter changes. I went over this with the patient and I noted that these were in the subcortical and deep white matter areas. They were bilateral in the frontal lobes as well. There is also some near the posterior ventricular horns, some of these white matter changes suggested a differential diagnoses including posttraumatic gliosis, small vessel disease such as multiple strokes, but this was unlikely because of the history and physical examination, but also possible infection or inflammatory changes. Demyelinating disease was also raised in differential diagnosis. I reviewed the magnetic resonance imaging of the cervical spine, which was normal. There was no herniation. No spinal canal stenosis. There was a kyphotic deformity of the contour of the MRI involving the cervical spine. I thought this would represent cervical muscle spasm with mild and perhaps diffuse ligamental changes as well, also related to the accident of February 01, 2005. The patient was evaluated for demyelinating disease non-invasively, somatosensory evoked potentials from the upper and lower extremities. Visual evoked potentials were all normal and I had already had reviewed the brainstem auditory evoked response which I thought was also normal. The patient was last seen on July 28, 2005 and I have recommended certain studies including some blood work and thyroid functions which have not returned and the studies have not been reviewed. The patient apparently went to Vietnam on August 11, 2005 and I have not seen the patient back since then. I would very much like to see her again to complete my evaluation.

In the meantime, I can say within reasonable medical certainty and within medical probably that the patient's symptoms as outlined by me in this report including the symptoms, pain, and discomfort, and scalp discomfort, cervical muscle spasms and other abnormalities are related to the accident that the patient sustained in the trauma on February 1, 2005. This conclusion is based on the history, the physical examination and review of laboratory studies. This conclusion by necessity is a conclusion based on reasonable medical probability.

If you have any further questions or if you need clarification do not hesitate to call me at (202) 728-0099.

Sincerely

Peter G. Bernad, MD, MPH, FACP

cc: Peter C. Grenier, Esq.
    Jeremy F. Tishler, MD

# CURRICULUM VITAE

## PETER G. BERNAD, B.Sc., M.D.C.M., M.P.H., F.A.C.P.

**Office Address**
Metropolitan Medical Center
2112 F Street, N.W., Suite 303
Washington, District of Columbia 20037
Telephone: 202-728-0099
Facsimile: 202-638-7869

**Home Address**
1706 S. Arlington Ridge Road
Arlington, VA 22202
Telephone: 703-521-4430
Web Address: http://www.neuro-doc.com
E-mail: pgbernad@aol.com

## EDUCATION:

**1985-1987**   **Johns Hopkins University, M.P.H.**
School of Hygiene and Public Health
Masters Degree Program
Baltimore, Maryland

**1986**   **Johns Hopkins University**
School of Advanced International Studies (SAIS)
Washington, District of Columbia

**1970-1974**   **McGill University, M.D.C.M.**
Montreal, Quebec, Canada

**1973-1974**   **University of London, House Staff**
Neurological Institute
John Marshall's Firm, Queen Square
London, England

**1972**   **Internal Medicine Service**
Siroka Medical Center
Ben-Gurion University
Negev, Israel

**1971**   **The In-Vitro Restoration of Red Blood Cell 2, 3**
**DPG and ATP Levels in Stored Blood**
Summer Project Scholarship Grant
McGill University
Montreal, Quebec, Canada

**1966-1970**   **Biochemistry and Genetics, B.Sc.**
Honors Program
McGill University
Montreal, Quebec, Canada

1

## MEDICAL TRAINING:

**1985-1987**    **Masters in Public Health**
        School of Hygiene and Public Health
        Johns Hopkins University
        Baltimore, Maryland

**1985**    **Epidemiology and Biostatistics**
        Summer Program
        Johns Hopkins University
        Baltimore, Maryland

**1980-1981**    **Visiting Associate**
        National Institute of Neurological and Communicative
        Disorders and Stroke
        Medical Neurology Branch
        Electroencephalography Section
        National Institutes of Health
        Bethesda, Maryland

**1979-1980**    **Clinical Associate**
        National Institute of Neurological and Communicative
        Disorders and Stroke
        Medical Neurology Branch
        Neuromuscular Section
        National Institutes of Health
        Bethesda, Maryland

**1979**    **Successful completion of training in
Radiological Health for Radionuclide Users**
        National Institutes of Health
        Bethesda, Maryland

**1976-1979**    **Neurology Residency**
        Massachusetts General Hospital
        Harvard Medical School
        Boston, Massachusetts

**1975-1976**    **Internal Medicine Residency**
        University of Southern California
        Los Angeles, California

**1974-1975**    **Medical Internship**
        University of Southern California
        Los Angeles, California

**1973**       **Medical Externship**
               Endocrinology Unit
               University of California Los Angeles
               Harbour General - UCLA Hospital Campus
               Torrance, California

**1968-1972**   **Laboratory Intern, Clinical Pathology**
               McGill University Teaching Hospital
               St. Mary's Hospital
               Montreal, Quebec, Canada

## BOARD CERTIFICATIONS:

1997   Diplomate, American Board of Electroencephalography and Neurophysiology for the
       Practice of Sleep Disorders, No. 19

1996   Diplomate, American Board of Forensic Medicine, No. 790

1992   Diplomate, The American Board of Professional Disability Consultants, No. M4-605

1989   Diplomate, American Board of Quality Assurance and Utilization Review, No. 3664

1989   Diplomate, American Academy of Pain Management, No. 411

1988   Diplomate, American Board of Electroencephalography and Neurophysiology
       Electroencephalography and Evoked Potentials, No. 6

1983   Diplomate, American Board of Electroencephalography, No. 261

1981   Diplomate, American Board of Neurology, No. 22653

1979   Diplomate, American Board of Internal Medicine, No. 59821

1974   Diplomate, National Board of Medical Examiners, No. 13987

## PROFESSIONAL AFFILIATIONS:

Fairfax Medical Society
Alexandria Medical Society
American Academy of Clinical Toxicology
American Academy of Neurology
American College of Physicians
American Medical Association
Electroencephalography & Clinical Neuroscience Society
Alzheimer's Association - National Capital Area Chapter
American Society of Internal Medicine
Medical Society of the District of Columbia
Medical Society of Virginia
Myasthenia Gravis Foundation Medical Advisory Board
National Register of Professional Disability Consultants
National Multiple Sclerosis Society

## TEACHING AND ACTIVITIES:

**Current**
: **Clinical Professor**
Department of Neurology
George Washington University School of Medicine and Health Sciences
Washington, District of Columbia

**2001-2004**
: **Clinical Assistant Professor**
Department of Physical Medicine and Rehabilitation
Michigan State University, College of Osteopathic Medicine
East Lansing, Michigan

**1979-1981**
: **Neuromuscular Fellow**
**Clinical Neurosciences Fellow**
National Institute of Neurological and Communicative Disorders and Stroke
National Institutes of Health
Bethesda, Maryland

**1976-1979**
: **Clinical Fellow in Neurology**
Harvard Medical School
Boston, Massachusetts

## OTHER APPOINTMENTS:

**1989-2002**
: **Consultant in Neurology**
Burke Health Care Center & Woodbine Extended Care Facility
Oak Meadows Extended Care Facility
Alexandria, Virginia

**1978-1979**
: **Consultant in Neurology**
Massachusetts Rehabilitation Hospital
Boston, Massachusetts

## HOSPITAL AFFILIATIONS:

INOVA Fairfax Hospital System, Fairfax, Virginia
INOVA Mount Vernon Hospital, Alexandria, Virginia
INOVA Alexandria Hospital, Alexandria, Virginia
Potomac Hospital, Woodbridge, Virginia
George Washington University Hospital, Washington, District of Columbia
Suburban Hospital, Bethesda, Maryland

**PAST AND CURRENT COMMITTEE MEMBERSHIPS IN HOSPITALS:**

| | |
|---|---|
| **Alexandria Hospital** | Utilization Review Committee |
| **Mount Vernon Hospital** | Rules and Regulation Subcommittee<br>Bylaws Committee<br>Pharmacy Committee<br>Education Committee<br>Utilization Review Committee |
| **Potomac Hospital** | Special Services (ICU) Committee |
| **Oakmeadow Extended Care Facility** | Utilization Review Committee |
| **George Washington University Hospital** | Pharmacy and Therapeutics Committee<br>Medical Records Committee<br>Utilization Management Committee<br>Occupational and Environmental Medical Journal Club<br>Stroke Planning Committee<br>Committee on Undergraduate Medical Curricula |
| **Fairfax Hospital** | Pharmacy & Therapeutics Committee<br>Nutrition Committee<br>Physician Leadership Committee<br>Complementary & Alternative Medicine |

**CURRENT COMMITTEE MEMBERSHIPS AND MEDICAL SOCIETIES:**

Virginia Medical Society, Continuing Medical Education Committee
Medical Society of the District of Columbia, Board of Trustees, CME Committee, Legislation Committee, Council on Strategic Planning and Marketing, Emergency Preparedness Committee.
International Association of Industrial Accident Boards and Commissions (IAIABC), Workers Compensation National Medical Advisory Committee
Myasthenia Gravis Foundation, National Medical Advisory Committee
Epilepsy Foundation for the National Capitol Area, Professional Advisory Committee
Quality Standards Subcommittee, American Academy of Neurology

5

## AWARDS AND ACHIEVEMENTS:

2002    Elected Secretary/Treasurer, American Board of Electroencephalography & Neurophysiology (ABEN).

2002    Elected Member at-Large Executive Committee, Medical Society of the District of Columbia.

1999    Elected Secretary/Treasurer, American Board of Electroencephalography & Neurophysiology (ABEN).

1999    Elected Board Liaison to the Continuing Medical Education Committee of the Medical Society of the District of Columbia

1998    Elected Member at Large of the Medical Society District of Columbia=s Board of Trustees.

1998    Elected Member of Nominating Committee of the Medical Society of the District of Columbia

1996    Elected Board of Credentials Member by The Medical Society of the District of Columbia

1996    Elected Member of the American Public Health Association

1995    Nominated by The Neurology Section of The Medical Society of the District of Columbia to serve as Delegate.

1995    Elected Secretary/Treasurer, The American Medical Electroencephalographic Association

1994    Nominated by The American Medical Electroencephalographic Association to serve as a Commissioner on the Commission on Accreditation, and Allied Health Education.

1992    President=s Committee on Employment of People with Disabilities, Coalition on Media, Stigmatization of People with Psychiatric Disabilities

1992    Elected Chairman JRC-EEG/EP

1990    Elected Member of the National Medical Advisory Committee Myasthenia Gravis Federation, Chicago, Illinois

1990    Physician's Recognition Award, American Medical Association

1987    Fellow, American College of Physicians

1987    Elected Member at Large, Northern Virginia Consortium for Continuing Medical Education

1987    Elected Physician Member, Clinical Electroencephalographic Technician and Technologist Society (CETTS)

1987    Elected Member, Joint Review Commission, AMEEGA

1986    Elected Member, Myasthenia Gravis Association

1985    Elected Member, American Academy of Clinical Electroencephalography

1985    Elected Member, American Medical Electroencephalography Association

1985    Elected to the Board, American Medical EEG Examiners

1985    Elected to Publication Committee, Official Journal of the American Electroencephalography Association

1983    Elected Member, American College of Physicians

1979    Neuromuscular Fellow, Muscular Dystrophy Association

1970    Honor Degree in Genetics, McGill University, Montreal, Quebec, Canada

## BOARDS:

Councilor-At-Large, Electroencephalography & Clinical Neuroscience Society (ECNS)
Editorial Board, EEG and Clinical Neuroscience Society (ECNS) Journal
Advisory Board, EEG and Clinical Neuroscience Society  (ECNS)
American Medical EEG Examiners
Myasthenia Gravis Foundation of Greater Washington
American Board of Electroencephalography & Neurophysiology, Inc.-Ad Hoc Committee on Commiss
Medical Advisory Board, International Association of Industrial Accident Boards and
Commissions
Quality Standards Subcommittee, American Academy of Neurology
Editorial Board - Newsline Extra - Medical Society of the District of Columbia

## BOARD EXAMINER:

1999- Present
American Board of Electroencephalography and Neurophysiology (ABEN)

## JOURNAL REVIEW APPOINTMENTS:

*Clinical Electroencephalography*
*Integrative Psychiatry*
*The Annals of Pharmacotherapy*
*The Journal of Pharmacy Technology*

## PUBLICATIONS:

1.   Berger, M.A., Bernad, P.G. (1971) Somatic Fixation and the Authoritarian Personality. **The University of Ottawa Medical Journal**,16: 16-20.

2.   Ruskin, R., Ananth, J., Bernad, P.G. (1975) An Unusual Adverse Reaction with Butyrophenone Therapy. **Canadian Psychiatric Association Journal**, 20 (6): 498-499.

3.   Bernad, P.G., Snyder, D.A., Levey, M. (1977) A Civilian Case of Fatal Meningococcemia Due to *Niessera Meningitides,* Group Y. **American Journal of Clinical Pathology**, 68 (2): 296-298.

4.   Bernad, P.G. (1978) Cerebrovascular Symptoms in Primary Thrombocytosis. **Stroke**, 9: 110.

5.   Bernad, P.G., Ballantine, H.T., Jr., Nauta, W. (1978) Neuropathological Study of Bilateral Cingulotomy for Mood Disturbance. **5th World Congress of Psychiatric Surgery**, August 21-25.

6.   Bernad, P.G., Ballantine, H.T., Jr., Giriunas, L. (1979) Neuropathological Study of Bilateral Cingulotomy for Mood Disturbance. **Modern Concepts in Psychiatric Surgery**, Elsevier/North-Holland Biomedical Press, Amsterdam: 283-302.

7.   Bernad, P.G., Dooling, E. (1979) Middle Cerebral Artery Dissection in Childhood. **Stroke**, 10: 98.

8.   Bernad, P.G., Snyder, D.A., Levy, M. (1979) A Civilian Case of Fatal Meningococcemia Due to *Neissera Meningitides* Group Y. **Meriam Webster's Medical Office Handbook**, Springfield/ G. & C., Meriam Company: 402.

9.   Gregory, D.C., Jones, K.W., Cochavi, S., Bernad, P.G. (1979) Determination of Lithium in Biological Samples With $^6$Li(n,x) $^3$H Reaction. **Bulletin of the American Physical Society,** 24: 823.

10.  Participation in Case Records of the Massachusetts General Hospital (1977) **New England Journal of Medicine**, 297: 779.

11.  Participation in Case Records of the Massachusetts General Hospital (1978) **New England Journal of Medicine**, 298: 1075.

12.  Participation in Case Records of the Massachusetts General Hospital (1979) **New England Journal of Medicine**, 300: 251.

13.  Bernad, P.G., Syzfelbein, W.M., Weiss, H.D., Richardson, E.P., Jr. (1980) Diagnosis of Cryptococcal Meningitis by Cytologic Methods: An Old Technique Revisited. **Neurology**, 30: 102-105.

14.  Bernad, P.G., Perlo, V.P. (1980) Horner Syndrome with Causalgia. **Neurology**, 30: 534-535.

15.  Bernad, P.G., Taft, P.D. (1980) Cytologic Diagnosis of Intraventricular Hemorrhage in a Neonate. **ACTA Cytologica**, 24: 4-6.

16.  Bernad, P.G., (1980) Back to Microscope... to Diagnose Cryptococcal Meningitis. **Emergency Medicine**, 12: 102-103.

17.  Rie, M.A., Bernad, P.G. (1980) Prolonged Hypoxia in Man Without Circulatory Compromise Fails to Demonstrate Cerebral Pathology. **Neurology**, 30: 43.

18.  Bernad, P.G., Silber, B., Mathieu, A. (1980) Syndrome Atteintie Hépato-Rénale Après Anesthésie à  L'enflur. **Anesth Analg,** *(Paris)* 37: 427-428.

19.  Engel, W.K., Bernad, P.G., Levy, H.B. (1981) Polyinosinic-Polycytidylic Acid Poly-L-Lysine (PolyICLC): A new Anti-Dysimmune Effect Remarkably Beneficial in Neuropathies. **Neurology**, April, 31: 154-155.

20.   Bernad, P.G., Siever, L., Set, S., Murphy, D., Brody, L. (1981) Clinical Neurology and Electrophysiologic Correlate of Smooth Pursuit Eye Tracking. **Neurology**, April, 31: 49.

21.   Krishnamoorthy, K.S., Zalneraitis, E.L., Young, R.S.K., Bernad, P.G. (1983) Phenytoin-Induced Choreoathetosis in Infancy: Case Reports and a Review. **Pediatrics**, 72 (6): 831-834.

22.   Bernad, P.G., Levine, M.S. (1986) Maprotiline-Induced Seizures. **Southern Medical Journal**, September, 79 (9): 1179-1180.

23    Bernad, P.G., Levine, M.S., Hocker, M.E. (1986) Maprotiline-Induced Seizures. **15th Epilepsy International Symposium**, September: 402.

24.   Bernad, P.G. (1986) Head Injury. **Fairfacts**, November, 6: 18.

25.   Bernad, P.G. (1987) Myasthenia Gravis. **Fairfacts**, March, 7: 10-13.

26.   Bernad, P.G. (1987) Neurologic Complications of Thrombocythemia: Six Cases and Review. **Virginia Medical**, June, 114: 352-355.

27.   Bernad, P.G., Ballantine, H.T. (1987) Computed Tomographic Analysis of Bilateral Cingulotomy for Intractable Mood Disturbance and Chronic Pain. **Computerized Radiology**, May–June, 11 (3): 117-123.

28.   Bernad, P.G., Newell, S., Spyker, D.A. (1987) Neurotoxcity and Behavior Abnormalities in a Cohort Chronically Exposed to Trichloroethylene. **Annual Scientific Meeting of the American Academy of Clinical Toxicology**, September 29-October 3, Vancouver, Canada: 30.

29.   Bernad, P.G., Jylkka, M.M. (1987) Creutzfeldt-Jakob Disease, Human Growth Hormones and its Replacement with Synthetic Growth Hormone. **Proceedings of the 3rd International Conference on Pharmacoepidemiology,** November, University of Minnesota, Minneapolis.

30.   Bernad, P.G., Newell, S., Spyker, D.A. (1987) Neurotoxicity and Behavior Abnormalities in a Cohort Chronically Exposed to Trichloroethylene. **Veterinary and Human Toxicology**, 29 (6): 475.

31.   Bernad, P.G. (1988) Electroencephalographic Standards, **The American Medical Electroencephalographic Association,** March.

32.   Bernad, P.G., Jylkka, M.M. (1988) Closed Head Injury with Post-Concussion Syndrome. **Clinical Electroencephalography**, 19 (1): 46-47.

33.   Bernad, P.G. (1988) Closed Head Injury (CHI) Types II and I with Post Concussion Syndrome (PCS). **Clinical Electroencephalography**, 19: 174-175.

34.   Bernad, P.G. (1989) The Utility of EEG and Neurophysiologic Techniques after Neurotoxic Exposure. *Clinical Electroencephalography*, 20 (1): 67.

35.   Bernad, P.G. (1989) EEG and Pesticides [Review]. *Clinical Electroencephalography*, 20 (2): IX-X.

36.   Bernad, P.G., Bernad, M.M., Jylkka, M., Zohn, D.A. (1989) Evaluation and Treatment of Closed Head Injury (CHI) with Post-Concussion Syndrome (PCS) Type I and II [abstract]. *First International Symposium on Myofascial Pain and Fibromyalgia*, May 8–19, Minneapolis, Minnesota: 59.

37.   Bernad, P.G. (1989) Guidelines: Relevance of Infectious Diseases for Electroencephalogram and Other Neurophysiology Laboratories. *Clinical Electroencephalography*, 20 (3):VIII-X.

38.   Bernad, P.G. (1989) Creutzfeldt-Jakob Disease, Human Growth Hormone, and its Replacement with Synthetic Growth Hormone. *Pharmacoepidemiology*, Lewis Publishers, Chelsea, Michigan, Volume 1.

39.   Siever, L.J., Coursey, R.L., Alterman, I.S., Zahn, T., Brody, L., Bernad, P.G., Buchsbaum, M., Lake, C.R., Murphy, D.L. (1989) Clinical, Psychophysiologic, and Neurologic Characteristics of Volunteers with Impaired Smooth Pursuit Eye Movements. *Biological Psychiatry* , 26 (1): 35-51.

40.   Spyker, D.A., Bond, R.R., Jyllka, M., Bernad, P.G. (1989) Subacute Home Chlordane Poisoning: Fact or Fallacy. *Veterinary and Human Toxicology*, August, 31 (4):356.

41.   Bernad, P.G. (1990) Clinical and Laboratory Evaluation of Patients Exposed to Neurotoxins. *Clinical Toxicology I*, 10 (2): 387-402.

42.   Bernad, P.G. (1991) The Neurological and Electroencephalographic Changes in AIDS. *Clinical Electroencephalography*, 22 (2).

43.   Bernad, P.G. (1991) Ask Your Doctor. *Myasthenia Gravis Foundation*.

44.   Bernad, P.G. (1991) Neurodiagnostic Testing in Patients with Closed Head Injury. *Clinical Encephalography*, 22 (4).

45.   Bernad, P.G., Jones, R.N. (1992) Medical Legal Issues for Neuroscience. *Clinical Electroencephalography*, 23 (3).

46.   Bernad, P.G. (1992) Dementia: A Review of Current Environmental Issues [Comment]. *Integrative Psychiatry*, 7(3-4): 202-205.

47.   Duffy, F.H., Hughes, J.R., Miranda, F., Bernad, P.G., Cook, P. (1994) Status of Quantitative EEG (QEEG) in Clinical Practice [Review]. *Clinical Electroencephalography,* 25 (4): VI-XII.

48.   Bernad, P.G., Ford, J.E., Kristal, S.B. (1994) Lack of Causual Relationship Between Silicone Breast Implants and Neurological/Rheumatological Disease. *The 5th World Congress of the World Federation of Associations of Clinical Toxicology Centers & Poison Control Centers*. November 8-11: C15.

49.   Bernad, P.G. (1995) Ask your doctor - Many Patients Endure Several Misdiagnosis Before They are Diagnosed with Myasthenia Gravis. Why is Myasthenia Gravis so Difficult to Diagnose? *Myasthenia Gravis*, August 28: 17.

50.   Bernad, P.G., Gibbs, C.J., Soyer, A., Loscalzo, M., Klein, A. (1999) Creutzfeldt-Jakob Disease Diagnosable by EEG and Cerebrospinal Fluid Analysis Without Brain Biopsy [Abstract]. *Clinical EEG*, 30 (1).

51.   Bernad, P.G. (1998) Environmental Neurotoxicity: Effective Defense of Neurological Injury. *Law & Medicine Report*, 1 (1).

52.   Bernad, P.G. (1998) The Clinical Neurological Assessment of Environmental Toxicity. *Law & Medicine Report*, 1 (2): 53.

53.   Bernad, P.G. (1999) Complementary and Alternative Medicine (CAD) Medical, Ethical Cultural and Legal Issues. *Law & Medicine*, 1 (3).

54.   Bernad, P.G., Smothers, J.M. (1999) The Usefulness of Neuropsychological Testing in Neurotoxicological and Head Injury Cases. *Law & Medicine Report*, 1 (4).

55.   Bernad, P.G., Smothers, J.M. (1999) "...And Nothing But the Truth," A look at Malingering. *Law & Medicine Report*, 2 (1): 5-6, 18-20.

56.   Bernad, P.G., Gibbs, C.J., Soyer, A., Loscalzo, M., Klein, A.E. (1999) Creutzfeldt-Jakob Disease Diagnosable by EEG and Cerebrospinal Fluid Analysis Without Brain Biopsy: A Case Report. *Clinical EEG*, 30 (4).

57.   Bernad, P.G., Smothers, J.M. (1999) Where does It Hurt? Another Look at Response Consistency. *Law & Medicine Report*, 2 (2).

58.   Bernad, P.G. (2000) Review of Recent Medical Literature. *Law & Medicine Report*, 2 (4).

59.   Ahluwalia, N.S., Bernad, P.G. (2001) A Review of Valproic Acid-Induced Carnitine Deficiency and Replacement. *The Journal of Pharm. Technology*, 17: 81-83.

60.   Bernad, P.G., (2001) Pain Assessment, Evaluation and New Treatments. *Law & Medicine Report*, 4 (3).

61.   Bernad, P.G., Colombo, J., (2003) Clinical Implications of Excess Parasympathetic Responses to Sympathetic Challenges. *Clinical Electroencephalograpy*, 34 (3): 159.

62.    Bernad, P.G., Colombo, J., (2003) Effects of Industrial Solvents on Human Autonomic Nervous System. *Clinical Electroencephalography*, 34 (3): 159-160.

## BOOKS:

1.    Bernad, P.G. (1994) <u>Closed-Head Injury: A Clinical Source Book</u>. The Michie Company, Charlottesville,Virginia.

2.    Bernad, P.G. (1998) <u>Closed-Head Injury: A Clinical Source Book.</u> *Second Edition.* Lexis Law Publishing, Charlottesville, Virginia.

3.    Bernad, P.G. (1998) <u>Neurotoxicology: A Clinical Source Book.</u> Lexis Law Publishing, Charlottesville, Virginia.

4.    Bernad, P.G. (2000) <u>Y2K Pocket Guide for The Treatment of Common Neurological Disorders.</u> International Medical Publishing, Inc., McLean, Virginia.

5.    Bernad, P.G. (2002) <u>Closed-Head Injury: A Clinical Source Book.</u> *Second Edition1998.* Cumulative Supplement. LexisNexis Matthew Bender.

## BOOK ANNOUNCEMENTS:

1.    Bernad, P.G., (1998) <u>Closed-Head Injury: A Clinical Source Book</u>. *The Forensic Examiner*, 1 (5-6): 41.

## CHAPTERS:

1.    Wiesenfeld, Paul R., J.D., Rosa, John, D.C., Bernad, Peter G., M.D., et al. The Medical and Legal Aspects of a Brain Injury - May, 2001.

## PRESENTATIONS AND SEMINARS:

1.    Cerebrovascular Symptoms in Primary Thrombocytosis   Third Joint Meeting on Stroke and Cerebral Circulation, New Orleans, Louisiana, February 1978.

2.    Neuropathology Study of Bilateral Cingulotomy for Mood Disturbance   5th World Congress Psychiatric Surgery, Boston, Massachusetts, August 1978.

3.    Middle Cerebral Artery Dissection in Childhood   Fourth International Joint Conference on Stroke and Cerebral Circulations, Phoenix, Arizona, February 1979.

4.    Neuromuscular Manifestation of Endocrine Diseases  National Institutes of Health, National Institute of Neurological and Communicative Disorders and Stroke Seminar, Bethesda, Maryland, April 1980.

5.    Human Hypoxia Without Circulatory Failure Does Not Cause Brain Pathology   National Institutes of Health, National Institute of Neurological and Communicative Disorders and

Stroke Seminar Developmental Brain Pathology Section Seminar, Bethesda, Maryland, April 1980.

6.  Prolonged Hypoxia in Man Without Circulatory Compromise Fails to Demonstrate Cerebral Pathology  American Academy of Neurology, 32nd Annual Meeting, New Orleans, Louisiana, May 1980.

7.  Clinical, Neurological, Neuropathological and Computerized Tomographic Aspects of Psycho-Surgery  Neurology Grand Rounds, Department of Neurology, Medical University of South Carolina and the Veterans Administration Medical Center, Charleston, South Carolina, December 1980.

8.  Diseases of Dying Children-Medical Aspects  Home Care for Dying Children Workshop  sponsored b

9.  Adult Seizure Disorder  Post Graduate Medical Education. The Mount Vernon Hospital,  Alexandria,

10.  Hospice Care  District of Columbia, Medical Record Association of Washington, District of Columbia.  Alexandria Hospital,  September 22, 1981.

11.  Neurological Problems in the Aged  Gerontology Series, The Mount Vernon Hospital, Alexandria, Virginia November 17, 1981.

12.  Control of Chronic Pain  Northern Virginia Community College, Alexandria, Virginia, December 2, 1982

13.  Peripheral Neuropathy  NorthernVirginia Diabetic Group, Springfield, Virginia December 2,1982.

14.  Dementia  Northern Virginia Consortium for Continuing Medical Education, Alexandria Hospital, December 12, 1982.

15.  Neurologic Emergencies  Northern Virginia Doctors Hospital, September 24, 1983.

16.  Peripheral Neuropathy  Northern Virginia Consortium for Continuing Medical Education, Alexandria Hospital, November 5, 1983.

17.  Evoked Potentials  Presentation Mount Vernon Hospital, Alexandria, Virginia, February 24, 1984.

18.  Neurological Diseases and their Consequences  Presentation, Baltimore-Washington Underwriters Club Meeting, Washington, District of Columbia, September 18, 1984.

19.  Treatable Diseases in the Elderly  Oak Meadow Nursing Center, Alexandria, Virginia, January 15, 1985.

20.  Neurologic Diseases in Psychiatry  Dominion Hospital, Falls Church, Virginia, February 27, 1985.

21.   EEG Abnormalities Associated with Headache in Post Traumatic Syndrome
      Presentation,  American Medical EEG Association Meeting, Denver, Colorado, October  26, 1985.

22.   Post-Concussive Syndrome   Guest Lecturer at Symposium, Budapest, Hungary,
      October 31, 1985.

23.   Organic Brain Syndrome   Dominion Psychiatric Institute, April 2, 1986.

24.   Demetia   Fairfax High School Area Psychologists, April 14, 1986.

25.   Mild Closed Head Injury   Guest Lecturer, New Orleans, Louisiana May 16, 1986.

26.   Head Injury   Dominion Psychiatric Institute, May 28, 1986.

27.   Head Injury   Attended 20th Annual Meeting of AMEEGA, Sheraton Plaza Hotel,
      Chicago, Illinois, October 16-19, 1986.

28.   Assessment of Closed Head Injury   National Rehabilitation Association Pre-
      Conference Workshop, November 7, 1986.

29.   Myasthenia Gravis   The Potomac Valley Chapter, Myasthenia Gravis Foundation,
      January 28, 1987.

30.   Neurological Findings in Chlordane Poisoning   Interdisciplinary Conference, Chlordane  Update& Int

31.   Symposium on Closed Head Injury-Clinical Aspects   American Medical
      Electroencephalographic Association, Tucson, Arizona, March 4-8, 1987.

32.   Mild Head Injury Conference, March 20-21, 1987, Galveston, Texas. The University of
      Texas  Medical Branch at Galveston.

33.   Indications for Neurological Referral   Mid-Atlantic Nurse Practitioner Conference,
      Westpark Hotel, Tyson's Corner, McLean, Virginia, May 2, 1987.

34.   Closed Head Injury, Post Concussion Syndrome and Modern Approaches for Diagnosis
      Northern Virginia Head Injury Foundation, John Marshall High School, Falls Church,
      Virginia, May 18, 1987.

35.   Closed Head Injury, Post Concussion Syndrome and Modern Approaches for Diagnosis
      Northern Virginia Chiropractic Society, Tyson's Corner Marriot Hotel, June 11, 1987.

36.   Chairman of Thymectomy Issues   Myasthenia Gravis Foundation at National Institutes
      of Health, June 20, 1987.

37.   Update on Alzheimer's   Philippine Medical Society, Fairfax Hospital, June 26, 1987.

38.   Myasthenia Gravis  Grand Rounds, Dept. of Psychiatry, Alexandria Hospital, July 10,
      1987.

39.     Presented a poster entitled: Fatal Adverse Reaction with Protropin (Synthetic Growth Hormone)  3rd International Conference on Pharmacoepidemiology, Radisson University Hotel, University of Minnesota Campus, Minneapolis, Minnesota, September 9-11, 1987.

40.     National Standards for Electroencephalography. American Medical Electroencephalographic Association Meeting, Dallas/Fort Worth Airport Hilton, September 26-27, 1987.

41.     Spasmodic Dysphonia - Segmental Dystonia  Spasmodic Dysphonia Support Group, National Institutes of Health, Bethesda, Maryland, October 6, 1987.

42.     Bernad PG, et al.: Neurotoxicity and Behavior Abnormalities in a Cohort Chronically Exposed to Trichloroethylene. Annual Scientific Meeting of the American Academy of Clinical Toxicology,    Vancouver, Canada, September 29-October 3, 1987.

43.     Symposium on Electronystagmography @ presented by Bernad PG, et al. American Medical Electroencephalographic Association, 21st Annual Meeting, Savannah, Georgia, October 15-18, 1987.

44.     Proactive Approach in Taking Care of Patients with Post Concussion Syndrome Intracorp, Marriot, Tyson's Corner, McLean, Virginia, November 18, 1987.

45.     Carbon Monoxide   U.S. Department of Justice, Tyson's Corner Center Mall Office Space,  McLean, Virginia, March 2, 1988.

46.     Treatable Causes of Memory Loss and Dementia  Alzheimer's Disease and Related Disorders Association, Inc., Woodburn Mental Health Center, Annandale, Virginia, March 10, 1988.

47.     EEG Changes in Head Injury  American Medical Electroencephalographic Association 10th    Annual EEG Review and Overview, El Paso, Texas, March 25-27, 1988.

48.     Closed Head Injury - Unusual Complications, Severe Behavioral Disturbances in a 34-year-old Female.  Oak Meadows Nursing Home, Alexandria, Virginia, May 24, 1988.

49.     Neurologic Defense of Brain Injury and Neurotoxicologic Injury   Med/Psych Seminar, Jackson Hole, Wyoming, July 14, 1988.

50.     EEG and Chlorinated Hydrocarbons Exposure   American Medical Electroencephalography Association, 22nd Annual Meeting, October 27-30, 1988, Lexington, Kentucky.

51.     6th Annual Advances in Neurology, Northern Virginia Consortium, Alexandria Hospital, Alexandria, Virginia, January 14, 1989.

52.    Clinical Aspects of Neurotoxicity   Suburban Hospital, Grand Rounds, Bethesda, Maryland,  February 3, 1989.

53.    American Medical Electroencephalographic Association. 11th Annual EEG Review and Overview. The Park Hotel, Charlotte, North Carolina. Evaluation of Positional Dizziness - Clinical and ENG Aspects@,  Toglia J and Bernad P. March 3-4, 1989.

54.    Amyotrophic Lateral Sclerosis   Oak Meadows Nursing Center, Alexandria, Virginia,  April 25,1989.

55.    Evaluation and Treatment of Closed Head Injury (CHI) with Post-Concussion Syndrome (PCS) Type I and II   1st International Symposium on Myofascial Pain and Fibromyalgia. Hyatt Regency, 1300 Nicollet Mall, Minneapolis, Minnesota, May 8-10, 1989.

56.    Evaluation and Treatment of Closed Head Injury (CHI) with Post-Concussion Sundrome (PCS) Type I and II   Bernad PG, MM Bernad, M. Jylkka, DA Zohn: First International Symposium on
Myofascial Pain and Fibromyalgia, Minneapolis, Minnesota, May 8-10, 1989.

57.    Neurologic Complications of Environmental Toxicity. Closed Head Injury with Post Concussion Syndrome   83rd Annual Convention of the Virginia Osteopathic Medical Association, Williamsburg, Virginia, May 13, 1989.

58.    Environmentally Induced Neurological Dysfunction   Bernad PG. Northern Virginia Mental Health Institute, 3302 Gallows Road, Falls Church, Virginia, May 25, 1989.

59.    Use of functional Dynamic Brain Mapping in Environmental Neuropathology (Closed Head Injury and Neurotoxicology)   Post Graduate Workshop on Computer-Analyzed EEG (CEEG) with Dynamic Brain Mapping in Psychiatry and Neurology, Omni Park Central Hotel, New York City, New York, June 9th and 10th, 1989.

60.    The Use of Quantitative Electroencephalography and Neurotoxicity from Environmental Causes   4th National Environmental Health Conference, June 20-23, 1989, St. Anthony Hotel, San Antonio, Texas.

61.    Quantitative Electrophysiology: Innovations on the Evaluation of Central Nervous System Effects of Neurotoxicants   5th International Conference on Pharmacoepidemiology, September 5-8, 1989,
Radisson University Hotel, University of Minnesota Campus, Minneapolis, Minnesota.

62.    Down Syndrome, Mental Retardation and Dementia   Arlington Community Residences, Inc., 3300 North Fairfax Drive, Suite 200, Arlington, Virginia, September 16, 1989.

63.    Diagnosis of Closed Head Injury with Computerized EEG and Brain Mapping Rehabcare Corp., Adams Mark Hotel, St. Louis, Missouri, October 6, 1989.

64.     Subacute Home Chlordane Poisoning: Fact or Fallacy   1989 Annual Scientific Meeting AACT**AAPCC**ABMT**CAPCC**Peachtree Plaza Hotel, Atlanta, Georgia, October 12-15,   1989.

65.     Alzheimer's Disease   VPI Graduate Class, VPI, Telestar Court, Falls Church, Virginia, March   19, 1990.

66.     Drugs, Cocaine and Heroin   Bernad PG. Alexandria School System, Backlick Road, Alexandria, Virginia, May 1990.

67.     Mild to Moderate Head Injury   Northern Virginia Consortium for Continuing Medical Education, Alexandria, Virginia, May 12, 1990.

68.     Closed Head Injury: The 19th C.F.I.C.A. Biennial Conference, Toronto, Ontario, Canada, May 29, 1990 thru June 1,1990.

69.     Establishing Clinical Practice Standards in the 90's: Measurement, Monitoring  and Quality Outcomes   San Francisco, California. October 26-28, 1990.

70.     Brain Death: National Hospital for Orthopaedic & Rehabilitation, Arlington, Virginia. April 18, 1991.

71.     Mild to Moderate Closed Head Injury   Tenth Annual Advances in Neurology; The Northern Virginia Institute for Continuing Medical Education, Arlington, Virginia. May 11, 1991.

72.     EEG and AIDS   Florida Society of Electroneurodiagnositic Technologists. Sanibel Island, Florida. June 20-21, 1991.

73.     The Neurological Aspects of Diagnosis of Reflex Sympathetic Dystrophy   Second Annual Medical Symposium. New York, New York. October 14, 1991.

74.     Neurological Aspects of Mental Illness:  Northwest Center for Community Mental Health. Fairfax, Virginia, November 27, 1991.

75.     Medical    Legal    Issues    for    Neuroscience:    The    American    Medical Electroencephalographic Association - The Range of Sleep Variations. March 28, 1992, Fort Lauderdale, Florida.

76.     Behavior Disorders in Children   American Day Treatment Center, Woodbridge, Virginia. April 23, 1992.

77.     Alzheimer's Disease:  Potomac Place Retirement Community, Woodbridge, Virginia. April 30, 1992.

78.     Envoronmental Neurotoxiciology, Ben-Gurion University, Negev, Israel. Monday, September 7, 1992.

79.    Panel Discussion on Medical Ethics   Northern Virginia Medical Unit, B=nai B=rith, Fairview Park Marriot, Fairfax, Virginia, Thursday, October 22, 1992.

80.    Multiple Sclerosis.@ Multiple Sclerosis Society of Northern Virginia, Wednesday, November 11, 1992.

81.    Assessment of Neurotoxic Effects of Exposure to Solvents   American Occupational Health Conference, Post Graduated Seminar No. 8. American College of Occupational and Environmental Medicine. Georgia World Congress Center, Monday, April 26, 1993.

82.    Neurologic Complications of Pregnancy and Childbirth   Columbia Hospital for Women, Continuing Medical Education. Tuesday, May 25, 1993.

83.    Environmental Health Issues: Solvent Exposure   Fourth Annual Symposium on Environmental and Occupational Health. Eger, Hungary, May 31, 1993 - June 5, 1993.

84.    Antidepressants and Pain   Neurology Grand Rounds, U.S. Naval Hospital, National Institutes of Health. Friday, July 15, 1993.

85.    Mental Analysis: Analysis of Lead Exposure   OSHA, U.S. Department of Labor, Washington Chapter of American Metropolitan College of Occupational and Environmental Medicine, September 15, 1993.

86.    Metals Analysis in Clinical Pathology Practice   College of American Pathologists. Orlando  Convention Center, October 16, 1993.

87.    Introduction to Mild Closed Head Injury: Symptoms, Treatment & Recovery   American College of Legal Medicine. La Mansion Del Rio, San Antonio, Texas, October 21, 1993.

88.    Legal Aspects of Claims of Neurological Injury   American Association of Legal Nurse Consultants. Houston, TX, April 20-23, 1994.

89.    EEG/Brain Mapping - Environmental Toxins   Official CINP Satellite Symposium on Quantitative EEG and Brain Mapping in Psychopharmacology. Washington, DC, June 26, 1994.

90.    Lack  of  Casual  Relationship  Between  Silicone  Breast  Implants  and Neurological/Rheumatological Disease   The 5th World Congress of the World Federation of Associations of Clinical   Toxicological Centers & Poison Control Centers. Taipei, Taiwan, November 8-11, 1994.

91.    Closed Head Injury:  Prince George's Hospital Center, Cheverly, Maryland. February 22, 1995.

92.    Workplace Disorders   National Institutes of Health. February 24, 1995

93.    21st Century Diseases   Tyson's Corner Rotary Club. March 2, 1995.

94. The Insurance Analysis of Head Injury Claims    The Insurance Conference on Psychological Injury Claims sponsored by The Program in Psychiatry and Law, Georgetown University School of Medicine. Grand Traverse Village, Michigan. October 16-18, 1995.

95. The CT, MRI, EMG, SPECT, Quantitative EEG, and other Neurological Evidence    The Insurance Conference on Psychological Injury Claims sponsored The Program in Psychiatry and Law, Georgetown University School of Medicine. Grand Traverse Village, Michigan. October 12-18, 1995.

96. Dystonia, Clinical Features    National Institutes of Health Dystonia Association Support Group. Bethesda, Maryland. October 31, 1995.

97. Fibromyalgia: Clinical Approaches to Management    Pain Management Center *presents* Timely Management of Pain and Injured Patients    Bethesda Marriott, Bethesda, Maryland. December 9, 1995.

98. Small Case Discussions  The George Washington University, Department of Neurology. April 18, 1996.

99. Parkinson's  Woman's National Democratic Club, Washington, District of Columbia, May 13, 1997.

100. Head Injury    Visiting professor at Michigan State University, East Lansing, Michigan, June 13, 1997.

101. MS/Migraine Chemical Sensitivities    International and American Associations of Clinical Nutritionists, Orlando, Florida, August 28-31, 1997. 102.    Narcolepsy-Irrisistable Sleep Attacks.@ *Awake* - Northern Virginia Group - Marshall Road Elementary School, Vienna, Virginia, April 1, 1998.

103. Acquired Neuropathies - Guillain-Barre Syndrome@ Bernad PG. Inservice Rehab. Staff, Columbia    Pentagon City Hospital, Arlington, Virginia, June 18, 1998.

104. International Society for Brain Electromagnetic Topography - The 9th World Congress, Monteleone    Hotel New Orleans, October 6-9, 1998.  Jointly sponsored by The American Medical EEG Association and Mercer University School of Medicine, and the American Medical Electroencephalographic Association, 32nd Annual Meeting & Scientific Symposium.

105. Treatment of Closed Head Injury.@  The George Washington University, Department of Neurology, Grand Rounds.  April 1, 1999.

106. Malnutrition Screening Initiative  Update@ ( Blue Card Med Alert Card) Pharmacy & Therapeutic Committee, Fairfax Hospital, April 8, 1999.

107. Neurological Complications in Obstetrics & Gynecology@, Grand Rounds, Columbia Hospital for Women,  May 25, 1999.

108.    Closed Head Injury; Neurotoxicology: and Fibromyalgia@, Sullivan & Crowley, P.C. - City Centre Plaza, Traverse City, Michigan, June 25, 1999.

109.    How to Evaluate Head Injury@, Munson Medical Center, Traverse City, Michigan, June  25, 1999.

110.    Acute Care for Head Injury@, American Association of Neuroscience Nurses - Southeast Michigan  Chapter, Treetops Resort, Gaylord, Michigan - June 26, 1999.

111.    Neurocomplications in Pregnancy@, Grand Rounds, Columbia Hosp. For Women, Feb.15,00, Washington, D.C.

112.    Fen-Phen@, Grand Rounds, Fairfax Hosp. Nutrition Comm., Falls Church,VA, Mar. 17, 2000.

113.    Sleep in Women and Pregnancy@, Grand Rounds, Col.Hosp.for Women, June 6, 2000.

114.    The Power of Technology: Imaging the Brain@, Brain Injury Rehabilitation, MSU,Nov 17&18, 2000.

115.    New Treatments for Sleep Disorders and Fatigue@, Cephalon, Inc., the Palm Restaurant, McLean, VA - March 22, 2001.

116.    Closed Head Injury: Clinical and Epidemiological features@, Siroka Medical Center, Ben-Gurion University Negev, Israel, July 3, 2001.

117.    Alzheimer's Disease Consensus Summit Meeting, Eden Roc Renaissance Resort, Miami Beach, Florida, April 26-28, 2002.

118.    Exploration of the Evaluation and Treatment of 21st Century Medical Illnesses@, *Mosby's* Advanced Practice Case Management Conference 2002, April 28-30, 2002, Bellagio, Las Vegas, Nevada.

119.    4th Annual Conf. EEG & Clinical Neuroscience Society, Harbor Court Hotel, Baltimore, MD, Sept.11-15,2002

120.    Treating Epilepsy@, The George Washington University Hospital, Auditorium, Washington, D.C. Nov.13, 2002.

121.    Accurate Diagnosis of Dementia's@, Arden Courts, Fairfax, Virginia, December 18, 2002.

122.    "Clinical Implications of Excess Parasympathetic Responses to Sympathetic Challenges." The Warwick, Houston, Texas.  September 17-21, 2003.

123.    "Effects of Industrial Solvents on Human Autonomic Nervous System." Tampa Convention Center, Tampa, Florida.  September 18-21, 2003.

**CHAIRMAN AND ORGANIZER/PLANNER:**

Peripheral Neuropathy   Northern Virginia Consortium for Continuing Medical Education, Alexandria  Hospital, November 5, 1982.

Dementia   Northern Virginia Consortium for Continuing Education, Alexandria Hospital,
December 12, 1982.

Update in the Diagnosis, Evaluation and Therapy of Headaches   Northern Virginia Consortium for Continuing Medical Education, Alexandria Hospital, March 30, 1985.

Symposium on Pain  Regional Update in Neurology for Continuing Medical Education,
Alexandria Hospital, March, 1986.

Common Office Neurologic Problems. A Practical Approach   Northern Virginia Consortium for          Continuing Medical Education, Alexandria Hospital, April 11, 1987.

Advance in Neurology   1982 to 1990.

First Annual Meeting of the EEG and Clinical Neuroscience Society (ECNS), Oct.21-23, 1999 Washington, D.C.

First  Annual  MSDC  Traumatic  Brain  Injury  Seminar  (Closed  Head  Injury) Mar.16,2000,Washington, D.C.

Montgomery  County  Plaintiff's  Round  Table  Seminar,  Closed  Head  Injuries@,  July 25, 2000.

**TELEVISION:**

Participated in Your Practice@, September 1984.
Prevention of Head Injury@, Channel 10, December 10, 1986.
Across the Board with Kenny Prince@, Red Apple Channel 21, March 25, 1998.
Health Choices@, Arlington Community TV, Channel 33 - topics:- Dementia, Alzheimers & Nutrition, Apr. 6,        2002
Health Choices@, Arlington Community TV, Channel 33 - topic: Environmental Toxicology, August   25,2000.

**RADIO:**

Head Injury/Post Concussion Syndrome@, WCBS, New York, Report on Medicine, November 24-28, 1986.

Advances in Neurotoxicology@, Hungarian SVC, Voice of America Series, February 14, 1995.

## MEDICO-LEGAL PUBLICATIONS/CITATIONS:

1.     Bernad PG: What Defense Counsel Should Know About Magnetic Resonance Imaging. *Defense Bulletin*, June 1987.

2.     Bernad PG: Neurologic Aspects of Malingering and Hysteria. *Defense Bulletin*, February 1988.

3.     Bernad PG: Environmental Neurotoxicity: Effective Defense of Neurological Injury. *Defense Bulletin* 6(9): February 1989.

4.     Bernad, PG, Jones RN, Posmantur R: Easily Misdiagnosed, RSD May Be A Liability Trap. *Medical Malpractice Law and Strategy*, January 1992.

5.     Simkins, CN: Post-Concussion syndrome: Is It A Fact Or A Fiction? *Michigan Lawyers Weekly*, November 10, 1997. (Dr. Peter G. Bernad's book <u>Closed-Head Injury: A Clinical Sourcebook</u> was quoted).

6.     Bernad, PG: Environmental Neurotoxicity: Effective Defense of Neurological Injury. *RX Law & Medicine Report,* vol. 1, issue 1, September, 1998 Lexis Law Publishing.

7.     Bernad, PG: The Clinical Neurological Assessment of Environmental Toxicity. *RX Law & Medicine Report*, vol.1, issue 2, winter 1998 - Lexis Law Publishing.

8.     Bernad, PG: Complementary and Alternative Medicine (CAD) Medical, Ethical Cultural and Legal Issues. *RX Law & Medicine Report.* vol. 1, issue 3, Spring 1999 - Lexis Law Publish.

9.     Bernad, P.G., Smothers, J.M.: The Usefulness of Neuropsychological Testing in Neuro-toxicological and Head Injury Cases. *RX Law & Medicine Report.* vol. 1, issue 4, Summer, 1999 -Lexis Law Publish.

10.    Bernad,P.G: Pain Assessment, Evaluation and New Treatments.*RX Law & Medicine Report.* vol 4, issue 3, Summer 2001.

11.    Bernad,P.G., Smothers, J.M.:Bioterrorism, Other Forms of Mass Destruction and Psychological Consequences in the 21st Centery.*RX Law & Medicine Report* vol 5, issue 1 Winter 2002 -Lexis Law Publishing.

## MEDICO-LEGAL PRESENTATIONS:

1.  The Litigation of Psychologic Injury and Post Traumatic Injury and Post Concussion The Sheraton, Bal Harbour, Florida. December 6-7, 1985.

2.  Neuropathologic Aspects of Head Injury   MED/Psyc Guest Lecturer, Jackson Hole, Wyoming. July 25, 1986.

3.  Defense Use of Neurological Evidence   National Association of Railroad Trial Counsel, Innsbrook,Tarpoon Springs, Florida. February 27, 1987.

4.  CT's, EEG's, MRI's   National Association of Railroad Trial Counsel, Hotel del Coronado, San Diego, California, July 27, 1987.

5.  Defense of Neurological Evidence in Closed-Head Injury and Neurotoxicity Tort Defense of Damages Seminar (Med/Psych), New Orleans Riverside Hilton, November 6, 1987.

6.  The Defense of Neurological Evidence  Defense of Damages Seminar - Med/Psych, Boston Marriott Copley Place, Boston, Massachusetts, May 18-20, 1989.

7.  Neurologic Defense of Brain Injury and Neurotoxicologic Injury   The Defense of Damages Seminar, Med/Psych, August 17-19, 1989, San Francisco, California.

8.  The Defense of Neurological Evidence   Defense of Damages Seminar, New Orleans Riverside Hilton, New Orleans, Louisiana, November 16-18, 1989.

9.  Claims Analysis of Neurological Evidence Related to Head Injury and Toxic Exposure Canadian Federation of Insurance Claims Associations. Toronto, Canada. May 29 – June 1, 1990.

10. Evaluating Workers Exposed to Neurotoxicants   National Worker's Compensation and Occupational Medicine Seminar, Cape Cod, Hyannis, Massachusetts, July 17, 18, 19, 1990.

11. The Analysis of Head Injury Claims  National Insurance Defense Conference & Seminar, Jackson Hole, Wyoming. August 27-28, 1990.

12. Tight Building & Ventilation   6th Annual Arkansas Worker's Compensation Education Conference. The Arlington Hotel, Hot Springs, Arkansas. Thursday, July 30, 1992.

13. The Analysis of Head Injury...   The National Insurance Defense Conference and Seminar. Marina Beach, Los Angeles, CA. July 13, 1992.

14.    Reflex Sympathetic Dystrophy - Everything You Always Wanted To Know!@ 6th Annual Arkansas Worker's Compensation Education Conference. The Arlington Hotel, Hot Springs, Arkansas. Thursday, July 30, 1992.

15.    Litigation Pain Syndrome Following Head and /or Back Injury   NewYork City Transit Authority. December 9, 1992.

16.    Environmental Neurology: Clinical Neurologic Aspects of Environmental Toxicity   New Trends in Environmental Injury. Lees-Haley Corporation, Universal City, California, May 14, 1993.

17.    The Insurance Analysis of Head Injury   The Georgetown University School of Medicine, Program in Psychiatry and Law, The National Conference on Psychological Injury Claims and Litigation, Palm Beach, Florida. Thursday, June 10, 1993.

18.    Forensic Examination in Toxic Exposure Cases   The Georgetown University School of Medicine, Pi Injury Claims and Litigation, Palm Beach, Florida. Thursday, June 10, 1993.

19.    Forensic Evidence in Head Injury    The Georgetown University School of Medicine, Program in Psychiatry and Law, The National Conference on Psychological Injury Claims and Litigation, Palm Beach, Florida. Thursday, June 10, 1993.

20.    Diagnosing Closed Head Injury   The Georgetown University School of Medicine, Program in Psychiatry and Law, The National Conference on Psychological Injury Claims and Litigation, Palm Beach, Florida. October 20-22, 1994.

21.    Managing the Claims of the 90′s   John Hewitt & Associates= Dynamics of Disability Seminar. Jupiter Beach, Florida. February 28 - March 1, 1996.

22.    Post-Concussion Syndrome   The Northern Virginia Defense Lawyer=s Association. Annandale, Virginia. March 19, 1996.

23.    The Brain In Trouble@, Brain Injury Association of Maryland, Inc., Conference Center, Sheppard Pratt, Towson, Maryland, March 14, 2002.

# TESTIMONY
# BY DR. BERNAD

1.  Sheryl Lynn Jacobs, et al., (plaintiffs) v. P. Declan Burke, et. al., (defendants)
    – November 11, 1985

2.  Hamida Ghani, (claimant), v The Capitol Hill Hilton and AETNA Casualty &
    Surety Company, (employer/carrier) – August 10, 1992

3.  Jimmy Cagle, et ux, v Suseela Atluru, MD., et al – January 6, 1995

4.  John F. Cascio & Claire G. Cascio, his wife, (plaintiffs) v Humana Medical
    Plan, Inc.; National Healthcorp Limitted Partnership, Authorized to operate,
    National Healthcare Center of Hudson; Port Richey Medical Care, Inc.; Haider
    Khan, M.D., Karen Wunderlich, M.D.; Suncoast Neurosurgical Center, Inc.; &
    Albert W. Auld, MD – February 13, 1995

5.  Karen Jackson, as parents of Connor Jackson, (plaintiff), v Ronald L. Strawn,
    and Wappoo Oil Service, Inc., d/b/a Wappoo Oil Services, (defendants).

6.  Karen Jackson, (plaintiff), v Ronald L. Strawn and Wappoo Oil Service, Inc.,
    d/b/a Wappoo Oil Services, defendants.

7.  Karen Jackson, as Guardian Ad Litem for Connor Jackson, (plaintiff) v Ronald
    L. Strawn, and Wappoo Oil Service,, Inc., d/b/a Wappoo Oil Services,
    (defendants) – July 19, 1997

8.  Ronnie Abueg & Marie Abueg, individually and on behalf of their minor, son,
    Christian Abueg, (Plaintiffs) v. Francis D. Dickson, MD & Southern Maryland
    Hospital – October 13, 1999

9.  George J. & Elizabeth H. Schnabel v Kaiser Foundation Health Plan of the
    Mid-Atlantic States, Inc., et., al. – October 4, 1999 & November 24, 1999

10. Kathleen Marie Price, et., al. v. Medical Engineering Corp., a/k/a Surgiteck,
    et., al. – May 10, 1994

11. Dean A. Craghead v. Inova Health Care Services, et., al. – April 17, 1998

12. June Gordon, as personal representative of the Estate of Thelma Brett, and
    on behalf of the survivors (plaintiff) v. Beverly enterprises of Florida, Inc.,
    D/B/A Heritage Park Specialty Care Center (Defendant) – September 25,
    1998

14. Kibby J. Gane (Plaintiff) v. Carmella Moseley (Defendant) – October 30, 1996

15. Buford E. Kirtley & Ramona J. Kirtley, Plaintiffs v Wetzel County Hospital Association & Robert D. Morris, D.O., defendants

16. Buford E. Kirtley & Ramona J. Kirtley, Plaintiffs v. Edward L. Emch, M.D., Defendants – February 26, 1999

17. Jeffrey Harrison Lagana, (plaintiff, v. Mark D. Bowman, DC, (defendant) – September 7, 1999

18. Prem Mathi, et. al., (plaintiffs) v. RPS, et., al., (defendants) – September 17, 1999.

19. Dawn Marie Burnett, (plaintiff), v Victor John Maki & Metlife Capital Limited Partnership, jointly & severally defendants – January 5, 2000

20. Patrick Halloran, as personal representative of the Estate of Matthew Halloran, deceased, (plaintiff) v. Arthur Spiegel, M.D. & West Florida Medical Center Clinic, P.A., (defendants)  - March 21, 2000

21. Jimmy Ray Clay, Administrator; of the Estate of Shirley A. Clay, deceased, (plaintiff), v Charleston Area Medical Center, Inc., a West Virginia Corp, and Michael Fidler, M.D., (defendants) – February 12, 2000

22. Jimmy Ray Clay, Administrator of the Estate of Shirley A. Clay, deceased, (plaintiff) v. Charleston Area Medical Center, Inc., a West Virginia corporation, and Michael Fidler, M.D., (defendants) – April 4, 2000

23. Juan A. Hernandez, (claimant) v CD Carpentry, Inc., (employer), Cincinnati Casualty Company, (insurer) – September 19, 2000

24. Kenneth L. Love v. Varda Hussain – Fairfax County Circuit Court (Case #:  AL307-105178-02) – June 26, 2001

25. Darrell Wesley Robinson, James Darrell Robinson, & Tammy H. Robinson, (plaintiffs) v. Athletic Helmet, Inc., a corporation; Bike Athletic Company, a corporation; Ace Reconditioners and/or Ace Cleaners and Reconditioners of Athletic Equipment, Inc., a corporation; Ace Cleaners and Reconditioners of Athletic Equipment, Inc., d/b/a Ace Reconditioners; The Sport Mart, a corporation; the West Virginia State Board of Education, a corporation; and the County of Mingo, a corporation, (defendants) – August 7, 2001

26. Michelle Easton, et., al., (plaintiffs v. TECHWORLD Hotel Associates, LLC, et., al., (defendants) – January 11, 2002

27. Turpaki Osmani (Claimant) v Vertis, Inc., (Employer) – May 23, 2002

28. Scott J. Conlon v. Shawan Road Hotel Limited Partnership, et al. – December 13, 2004 (Case #:  03-C-03-009317)

29. Leija v HCIA/Mercer d/b/a Brandon Regional Hospital  - November 11, 2004 (Case #:  00-5195 – Division A)

30. William Closs, et al. v. Doctor's Community Hospital, et al. – November 14, 2002

31. Richard W. Lussier, III v. Michael E. Kendle (At Law No. 61747) Prince William County Circuit Court – January 25, 2005

32. Xiaohong Wu v. Jordan E. Izzard, Fairfax County Circuit Court, Case #:  206181 2004

33. Volkerding, Kelly v. McClaughlin, Ryan et al. (VA) (Case # 219150) November 2004

34. Parker, Jason v. E.R. at Bluefield Regional Medical Center (WVA) March 2005

35. Bobo, Grady,et al. v. Kennestone Hospital, Inc.,et al. (GA) April 2005

36. Kominar, Jason v. Williamson Memorial Hospital, et al. (WVA) (Case# 99-C-274)  May 2005



**Medical
Quality
Management, Inc.**

www.neuro-doc.com

January 1, 2006

*Metropolitan Medical Center
2112 F Street, NW, Suite 303
Washington, DC 20037
Tel: (202) 728-0099
Fax: (202) 638-7869*

## FEE   SCHEDULE

Retainer Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$7,500.00

Peter G. Bernad, M.D., M.P.H., F.A.C.P.
    Initial Chart Review (Depending upon volume of records to review) . . . . . . . . . . . . . . . . . $1,000.00 - $3,000.00
    Chart Review (per hour) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 395.00
    Independent Medical Evaluation (IME) (Record Review not included) . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 495.00
    Forensic IME (Initial record review included) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,500.00
    Teleconference (per hour) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 395.00
    Attorney Meeting or Other Conference (per hour) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 495.00

    Deposition - in office . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,000.00-$6,000.00 flat fee

Court Appearance:
    Local (half day) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$2,500.00
    Local (full day) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$5,000.00
    Out of Immediate Area (half day) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,500.00, plus expenses
    Out of Immediate Area (full day) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,000.00, plus expenses

Consultants (As arranged between Dr. Peter Bernad and client)
    Professional Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$300.00-400.00

Firm Resources:
    Dr. Bernad reserves the right to use other professionals and research assistants to perform medical research associated
    with the case.  The entire staff of MQM will be available during office hours to assist in your case.

Research Associates
    Assist-Organize Discovery Data Provided
    Research/Review Medical Records, Literature, Legal Case File
    Review of Depositions
    Attorney Meetings (as needed)
    Depositions or Trial (as needed) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$100 - $350 per hour

Scheduling Policy
    Scheduling for meetings, trials, and depositions require advance payment at least one week in advance to hold the date. Any
    outstanding accounts receivable must also be cleared to hold the date.  Events should be scheduled as soon as possible to avoid
    conflicts.

Cancellation Policy
    Cancellation of meetings, depositions, or trials will result in a fee reflective of the degree of advance notification of the
    cancellation.  Fees range from a minimum of 25% of the original scheduling fee to a maximum of the full scheduling fee.  Billing
    questions should be directed to the finance department.

Out of Pocket Expenses
    Included but not limited to: fees for phone- fax- copier- research- paper-, travel- computer- postage.  Binders. Labels. Delivery.

Payments should be made payable to Medical Quality Management, Inc. and sent to the Washington, DC address.

The above mentioned firm received this fee schedule and understands these are the charges for MQM/Dr. Bernad's case work.

Acknowledged:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*Sherwood Hall Medical Center
2616 Sherwood Hall Lane
Suite 201
Alexandria, Virginia 22306*

*The Potomac Center
2296 Opitz Boulevard
Suite 360
Woodbridge, Virginia 22191*