IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOAN NGUYEN | : | |
| Plaintiff | : | Case No. 1:06CV00093 |
| | | Judge: James Robertson |
| v. | : | Deck Type: Personal Injury |
| SAMSON SELASSIE | : | |
| Defendant | : | |

STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

You will please mark the above-captioned case as **"SETTLED AND DISMISSED WITH PREJUDICE"** as to all claims against all parties pursuant to Federal Rule of Civil Procedure 41 (a).

Respectfully submitted,

_____/s/_____
Peter C. Grenier
1150 Connecticut Avenue NW, 9th floor
Washington, DC 20036
202-862-4311
Counsel for Plaintiff

_____/s/_____
Charles E. Wilson, III, #432130
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
Attorneys for Defendant